No. 76–1865.  DEBOLES *v.* TRANS WORLD AIRLINES, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 76–1866.  KORBAR *v.* HITE ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 76–1867.  ROSEE *v.* BOARD OF TRADE OF THE CITY OF CHICAGO ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 76–1868.  NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION No. 388.  C. A. 7th Cir.  Certiorari denied.

No. 76–1869.  AMALGAMATED TRANSIT UNION, DIVISION 1384, AFL–CIO, ET AL. *v.* GREYHOUND LINES, INC.  C. A. 9th Cir.  Certiorari denied.

No. 76–1872.  WHITAKER *v.* PIERCE ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 76–6379.  POSNER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–6380.  TULEY *v.* UNITED STATES; and
No. 76–6807.  OLLER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 546 F. 2d 1264.

No. 76–6384.  HARPER *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 76–6391.  HENRY *v.* HOPPER, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 76–6418.  GOODYEAR *v.* DELAWARE CORRECTIONAL CENTER.  C. A. 3d Cir.  Certiorari denied.